FILED
9/10/2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: JL
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**Case No: 4:26-CR-00176**

**UNITED STATES OF AMERICA**
**Plaintiff**
**v**
**AARON TENA**
**Defendants**

**INDICTMENT**

**Count 1: 18 U.S.C. §§ 554, Illegal Smuggling of Goods from the United States**

***Notice of Government's Demand for Forfeiture***

**THE GRAND JURY CHARGES:**

**GENERAL ALLEGATIONS**

**At all times relevant to this Indictment:**

1. Effective March 9, 2020, the Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 et seq. semi-automatic firearms equal to .50 caliber or less are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

3. Ammunition is designated as controlled item in Section 774, Appendix Supplement Number 1 of the CCL.

4. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

5. Exportation of firearms and ammunition to Mexico requires a license.

6. Defendant Aaron Tena did not have a license or any authority to export firearms or ammunition out of the United States to Mexico.

## COUNT ONE

The General Allegations of this indictment are re-alleged and fully incorporated here by reference.

On or about January 27, 2025, in the Western District of Texas, the defendant,

**AARON TENA**,

knowingly and unlawfully attempted to export and send, concealed, and facilitated the transportation and concealment of any merchandise, article and object, prior to exportation, knowing the same to be intended for exportation from the United States contrary to any law or regulation of the United States, to-wit: approximately 10,020 rounds of 7.62x39MM ammunition, 16,525 rounds of 5.56 ammunition, 25 rounds of 12-gauge shotgun ammunition, and one (1) shotgun, which are controlled items as defined in the CCL, and the Defendant had not received a license or authorization for such export, in violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1), all in violation of Title 18, United States Code, Section 554.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
**[*See* FED. R. CRIM. P. 32.2]**

### I.
### Violations involving Goods Smuggled to/from the United States and Forfeiture Statutes
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth above, the United States of America gives notice to Defendant **AARON TENA** of its intent to seek the forfeiture of the property described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. § 981(a)(1)(C) and

Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 981. Civil Forfeiture**
> (a)(1) The following property is subject to forfeiture to the United States:
> ***
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation. . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1 956(c)(7) of this title), or a conspiracy to commit such offense.
>
> **Title 19 U.S.C. § 1595a. Forfeiture and other penalties**
> * **
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

Title 18 U.S.C. § 554 Smuggling Goods from the United States is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

The Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

1. 10,020 rounds of 7.62x39MM ammunition;
2. 16,525 rounds of 5.56 ammunition;
3. 25 rounds of 12-gauge shotgun ammunition;
4. 1 Shotgun S/N:52H24YB018374;
5. $8,830.00, more or less, U.S. Currency; and
6. Any and all firearms, ammunition and/or accessories used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

**BY: JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

______________________________

for KEVIN R. CAYTON
ASSISTANT UNITED STATES ATTORNEY